IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARCUS L. WILLIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:22-cv-1251-E |
| | § | |
| WESTERN POWER SPORTS, INC., | § | |
| | § | |
| Defendant. | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and DECREED that Defendant Western Power Sports, Inc.'s motions to dismiss [Dkt. Nos. 14, 18] are GRANTED, the Clerk's entry of default [Dkt. No. 12] is VACATED, Plaintiff Marcus L. Willis's motions (including those for default and summary judgment) [Dkt. Nos. 11, 15, 25, 26] are DENIED, and this case is DISMISSED WITH PREJUDICE.

SIGNED this 7th day of June, 2023.

_____
Ada Brown
UNITED STATES DISTRICT JUDGE